UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON MONTANE JEFFERSON,<br><br>Petitioner,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00301-RCJ-CLB<br><br>**ORDER** |

Brandon Montane Jefferson, a prisoner at Nevada's Ely State Prison, initiated this action *pro se* on May 22, 2020, by submitting to the Court a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1-1). Jefferson paid the filing fee for this action on June 22, 2020 (ECF No. 4).

The Court has examined Jefferson's habeas petition, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, and determines that it is improper, as it is redundant of another habeas action that he has pending in this Court, Case Number 3:18-cv-00064-HDM-CLB, in which he challenges the same state-court conviction that he challenges in this case. This action is subject to dismissal for this reason. The Court takes judicial notice of the proceedings in Case Number 3:18-cv-00064-HDM-CLB. That case is currently stayed; it was stayed on February 25, 2019, to allow Jefferson to exhaust claims in state court before proceeding in federal court. *See* Order entered February 25, 2019, in Case Number 3:18-cv-00064-HDM-CLB (ECF No. 34 in that case). The Court notes that Jefferson appears *pro se* in Case Number 3:18-cv-00064-HDM-CLB. It appears that Jefferson's intention in submitting a petition, initiating this case, may be to resume his federal court habeas litigation after perhaps completing his state court litigation. If that is the case, Jefferson should make a motion in Case Number

3:18-cv-00064-HDM-CLB, informing the Court in that case that the state-court proceedings have been completed, requesting that the stay of his federal habeas action be lifted, and requesting that proceedings in his federal habeas action resume.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment accordingly.

DATED THIS 8th day of July, 2020.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE